**United States District Court**

For the Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7    SUMITOMO MITSUBISHI                No. C-05-2133 SBA (JCS)
     SILICON CORPORATION, ET AL.,       Related w/ Case No. C-01-4925 SBA
8
                 Plaintiff(s),
9                                       **NOTICE OF REFERENCE AND ORDER**
         v.                             **RE DISCOVERY PROCEDURES**
10
     MEMC ELECTRONIC MATERIALS,         (E-FILING CASE)
11   INC.,
12               Defendant(s).
     _____/
13

14   TO ALL PARTIES AND COUNSEL OF RECORD:

15         The above matter has been referred to the undersigned for all discovery matters.  Please be advised

16   that if a specific motion was filed before the District Court **prior to this referral**, the noticed date may no

17   longer be in effect.  All hearing dates are subject to the availability of the Court's calendar.  Please contact

18   the Courtroom Deputy, Karen Hom, at (415) 522-2035, to confirm or, if necessary, reschedule a hearing

19   date.  Regardless of whether the Court reschedules a hearing date, all opposition and reply papers shall be

20   timely filed according to the originally noticed hearing date, pursuant to Civil L. R. 7-3.

21                      LAW AND MOTION PROCEDURES

22         Civil law and motion is heard on Friday mornings, at 9:30 a.m., in Courtroom A, 15th Floor,

23   United States District Court, 450 Golden Gate Avenue, San Francisco, California 94102.

24         **Motions to compel** may be noticed without reserving a hearing date, subject to the Court's

25   availability.

26         **Discovery motions** may be addressed to the Court in three ways:

27         1.    A motion may be noticed on not less than 35 days' notice pursuant to Civil L. R. 7-2.

28

**United States District Court**
For the Northern District of California

2.    Alternatively, any party may seek an order shortening time under Civil L. R. 6-3 if the circumstances justify that relief.

3.    In emergencies during discovery events, the Court is available pursuant to Civil L. R. 37-1(b).

In the event a **discovery dispute** arises, counsel for the party seeking discovery shall in good faith confer *in person* with counsel for the party failing to make the discovery in an effort to resolve the dispute without court action, as required by Fed. R. Civ. P. 37 and Civil L. R. 37-1(a).  The meeting must be *in person*, except where good cause is shown why a telephone meeting is adequate.  A declaration setting forth these meet and confer efforts, and the final positions of each party, shall be included in the moving papers.  The Court will not consider discovery motions unless the moving party has complied with Fed. R. Civ. P. 37 and Civil L. R. 37-1(a).

A party or counsel has a continuing duty to supplement the initial disclosure when required under Federal Rule of Civil Procedure 26(e)(1).

Law and motion matters may be submitted without argument upon stipulation of the parties and notification of the Court no later than 4:30 p.m. the day before the hearing.  Pursuant to Civil L. R. 7-7(e), filed motions may be withdrawn without leave of the Court, within seven (7) days of the date for service of the opposition.  Thereafter, leave of the Court must be sought.

All filings of documents relating to motions referred to the undersigned shall list the civil case number and the district court judge's initials followed by the designation "(JCS)".

**ELECTRONIC FILING AND COURTESY COPIES**

Please refer to Civil L. R. 5-4 and General Order No. 45 for the Northern District of California for information relating to electronic filing procedures and requirements.  All documents shall be filed in compliance with the Civil Local Rules.  Documents not filed in compliance with those rules will not be considered by the Court.

BEFORE 5:00 P.M. ON THE NEXT BUSINESS DAY FOLLOWING THE ELECTRONIC FILING, THE PARTIES ARE REQUIRED TO LODGE DIRECTLY WITH CHAMBERS ONE CONFORMED, **PAPER** COPY OF EACH DOCUMENT, WHICH IS TO BE DESIGNATED **"JCS'S CHAMBERS' COPY."**

1    The failure of counsel or a party to abide by this Order may result in sanctions pursuant to Federal

2  Rule of Civil Procedure 16(f).

3    IT IS SO ORDERED.

4

5  Dated: August 2, 2005

6                                            /s/ Joseph C. Spero
                                          JOSEPH C. SPERO
7                                          United States Magistrate Judge

**United States District Court**

For the Northern District of California