```
 1  HOWREY LLP
    DUANE H. MATHIOWETZ (State Bar No. 111831)
 2  K.T. CHERIAN (State Bar No. 133967)
    525 Market Street, Suite 3600
 3  San Francisco, California 94105
    Telephone: 415.848.4900
 4  Facsimile: 415.848.4999

 5  Appearing Pro Hac Vice:

 6  SENNIGER POWERS
    ROBERT M. EVANS, JR.
 7  DAVID W. HARLAN
    MARC W. VANDER TUIG
 8  One Metropolitan Square, 16th Floor
    St. Louis, MO 63102
 9  Telephone: 314.231.5400
    Facsimile: 314.231.4342
10
    Attorneys for Plaintiff
11  MEMC Electronic Materials, Inc.
```

**FILED**

NOV 1 0 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| MEMC ELECTRONIC MATERIALS, INC., a Delaware corporation,<br>Plaintiff,<br>v.<br>MITSUBISHI MATERIALS SILICON CORPORATION, a corporation of Japan; MITSUBISHI SILICON AMERICA CORPORATION, a California corporation; SUMITOMO MITSUBISHI SILICON CORPORATION, aka SUMCO, a corporation of Japan; SUMCO USA CORPORATION, aka SUMCO USA, a Delaware corporation; and SUMCO USA SALES CORPORATION, aka SUMCO USA SALES, a Delaware corporation,<br>Defendants. | Case No.   C 01-4925 SBA (JCS)<br>Related w/ Case No. C 05-02133 SBA (JCS)<br><br>**MISCELLANEOUS ADMINSTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5 AND 7-10(b)** AND ORDER |

Plaintiff MEMC Electronic Materials, Inc., through its counsel, hereby requests the Court to file under seal the following documents:

1. Exhibits 1-6 attached to the Declaration of Robert M. Evans, Jr. in Support of MEMC Electronic Materials, Inc.'s Motion to Compel Deposition Testimony.

It is necessary and appropriate to file exhibits 1-6 under seal because they are designated by defendants as "Confidential" or "Confidential—Attorneys' Eyes Only" under the Protective Order.

Respectfully submitted,

DATED: November 9, 2005

HOWREY LLP

By: _____
Duane H. Mathiowetz

SENNIGER POWERS
Robert M. Evans, Jr.
David W. Harlan
Marc W. Vander Tuig

Attorneys for Plaintiff
MEMC ELECTRONIC MATERIALS, INC.

IT IS SO ORDERED.

Dated: 11/10/05

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

MISCELLANEOUS ADMINSTRATIVE REQUEST TO FILE DOCUMENTS
UNDER SEAL PURSUANT TO LOCAL RULE 79-5 AND 7-10(b)
CASE NO. C 01-4925 SBA (JCS) Related w/ Case no. C 05-02133

2