1 | Robert B. Morrill (SBN 35488)
  | Matthew T. Powers (SBN 124493)
2 | SIDLEY AUSTIN BROWN & WOOD LLP
  | 555 California Street, Suite 5000
3 | San Francisco, California 94104
  | Telephone: (415) 772-1200
4 | Facsimile: (415) 397-4621

5 | R. Terrance Rader (*Pro Hac Vice*)
  | David T. Nikaido (*Pro Hac Vice*)
6 | RADER, FISHMAN & GRAUER PLLC
  | 39533 Woodward Avenue, Suite 140
7 | Bloomfield Hills, Michigan 48304
  | Telephone: (248) 594-0600
8 | Facsimile: (248) 594-0610

9 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| MEMC ELECTRONIC MATERIALS, INC., | ) | Case No.: C 01-4925 SBA (JCS) |
|---|---|---|
| Plaintiff, | ) ) ) | Related w/Case No. C 05-02133 SBA (JCS) |
| vs. | ) ) ) | **MISCELLANEOUS ADMINISTRATIVE REQUEST FOR EXTENSION OF TIME TO RESPOND TO DOCKET NO. 560; AND ORDER** |
| MITSUBISHI MATERIALS SILICON CORPORATION, a corporation of Japan; MITSUBISHI SILICON AMERICA CORPORATION, a California corporation; SUMITOMO MITSUBISHI SILICON CORPORATION, aka SUMCO, a corporation of Japan; SUMCO USA CORPORATION, aka SUMCO USA, a Delaware Corporation; and SUMCO USA SALES CORPORATION, aka SUMCO USA SALES, a Delaware corporation, | ) ) ) ) ) ) ) ) ) ) | Date: None Time: None Courtroom 3, 3rd Floor Honorable Saundra Brown Armstrong |
| Defendants. | ) ) | |

MISCELLANEOUS ADMINISTRATIVE REQUEST FOR EXTENSION OF TIME TO RESPOND TO DOCKET NO. 560 AND [PROPOSED] ORDER - CASE NO. C 01-4925 SBA (JCS), Related w/Case No. C 01-02133 SBA (JCS)

1    Defendants, through their counsel, hereby request the Court to grant this administrative
2 request for additional time to respond to Docket No. 560, which is MEMC's Administrative Request
3 to File Documents Under Seal.
4    As the Court knows, the parties have submitted voluminous briefs, declarations and exhibits
5 and have filed a number of administrative requests to seal certain documents.  On December 8, 2005,
6 MEMC submitted an administrative request which designated 79 exhibits under seal and two entire
7 briefs under seal, claiming that it is necessary and appropriate to file these documents under seal in
8 "that reference is made throughout the motion to information and documents designated by
9 Defendants" as confidential.  MEMC also claimed it would not be practical to "remove the
10 confidential information or exhibits from the motion or declarations and make it meaningful."
11   Unfortunately the exhibits and briefs submitted pursuant to Docket No. 560 are extremely
12 voluminous, and actually in many cases are documents designated confidential by MEMC, not by
13 defendants.  Defendants are also missing several exhibits from the set of documents designated
14 confidential by MEMC – these documents were provided on a CD, not in paper form, which has
15 been the consistent practice in this case.  Counsel for defendants have diligently attempted to
16 respond to Docket 560 but respectfully request that more time is required to comply.  On December
17 21, 2005, I attempted to contact Duane Mathieowetz to determine if he would agree to an extension
18 of time but could not reach him.  Defendants simply request additional time to review the documents
19 to determine whether any confidential information should be placed in the public record, and to
20 determine whether MEMC and not Defendants should make determinations about what documents it
21 designated confidential should remain confidential.  Because of the upcoming holidays and
22 additional time constraints, defendants request that they be permitted to submit an appropriate
23 response to Docket 560 no later than January 6, 2006.  The only issue presented by defendants'
24 response is whether the voluminous documents filed under seal by MEMC should be filed under seal
25 or ultimately be placed in the public file.  For this reason, defendants respectfully request additional
26 time to submit their response.
27   I declare under penalty of perjury that the foregoing is true and correct.
28

---

MISCELLANEOUS ADMINISTRATIVE REQUEST FOR EXTENSION OF TIME TO RESPOND TO DOCKET NO.
560 AND [PROPOSED] ORDER - CASE NO. C 01-4925 SBA (JCS), RELATED W/CASE NO. C 01-02133 SBA (JCS)

| | |
|---|---|
| Dated: December 21, 2005 | Respectfully submitted, |

By: /s/ Matthew T. Powers
      Edward V. Anderson
      Robert B. Morrill
      Matthew T. Powers
      SIDLEY AUSTIN BROWN & WOOD LLP

      R. Terrance Rader (*Pro Hac Vice*)
      David T. Nikaido (*Pro Hac Vice*)
      RADER, FISHMAN & GRAUER PLLC

      Attorneys for Defendants

---

MISCELLANEOUS ADMINISTRATIVE REQUEST FOR EXTENSION OF TIME TO RESPOND TO DOCKET NO. 560 AND [PROPOSED] ORDER - CASE NO. C 01-4925 SBA (JCS), Related w/Case No. C 01-02133 SBA (JCS)    2

1 **[PROPOSED] ORDER**

2 Good cause appearing therefor, the Court ORDERS that defendants are to submit an
3 appropriate response to Docket No. 560 no later than January 6, 2006.

4 IT IS SO ORDERED.

5 Dated: 1/3/06                                   _____
                                                  Honorable Saundra B. Armstrong
6                                                 United States District Judge

7

8
SF1 1425242v.1
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____
MISCELLANEOUS ADMINISTRATIVE REQUEST FOR EXTENSION OF TIME TO RESPOND TO DOCKET NO.
560 AND [PROPOSED] ORDER - CASE NO. C 01-4925 SBA (JCS), RELATED W/CASE NO. C 01-02133 SBA (JCS)     3