Robert B. Morrill, <rmorrill@sidley.com> (SBN 035488)
Edward V. Anderson, <evanderson@sidley.com> (SBN 083148)
Matthew T. Powers, <mpowers@sidley.com> (SBN 124493)
SIDLEY AUSTIN BROWN & WOOD LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile:  (415) 772-7400

R. Terrance Rader, <rtr@raderfishman.com> *(pro hac vice)*
David T. Nikaido, <dtn@raderfishman.com> *(pro hac vice)*
RADER, FISHMAN & GRAUER PLLC
39533 Woodard Avenue, Suite 140
Bloomfield Hills, MI 48304
Telephone:  (248) 594-0600
Facsimile:   (248) 594-0610

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUMITOMO MITSUBISHI SILICON CORPORATION, aka SUMCO, a corporation of Japan and SUMCO USA CORPORATION, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MEMC ELECTRONIC MATERIALS, INC., a Delaware corporation,<br><br>Defendant. | No. C 05-02133 SBA (JCS)<br>Related w/Case No. C 01-04925 SBA (JCS)<br><br>**STIPULATION RE: STATUS OF MEDIATION AND ORDER EXTENDING DEADLINE TO CONCLUDE MEDIATION**<br><br>Date: None<br>Time: None<br>Courtroom: 3, 3rd Floor<br>Honorable Saundra Brown Armstrong |

**STIPULATION RE: STATUS OF MEDIATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO CONCLUDE MEDIATION**
**CASE NO. C 05-02133 SBA (JCS), RELATED CASE NO. C 01-04925 SBA (JCS)**

1 | The parties hereto, by and between their respective counsel, provide this stipulation and proposed order at the request of this Court's ADR unit.

## STIPULATION

1. On November 2, 2005, the parties had a conference call with Richard H. Abramson, who has been selected as the mediator in this case.

2. During the conference call, all parties agreed that because there was already an ongoing mediation in a related case, Docket No. C 01-04925, going through mediation with Magistrate Judge Zimmerman, that it would not make sense to have two mediations during the same time period.

3. The parties agreed to contact mediator Abramson on January 31, 2006 to report the results of the mediation and settlement discussions in the related case. A further conference call is scheduled with mediator Abramson at 9:00 a.m. on February 6, 2006.

4. The parties request that the deadline for concluding mediation in this case be extended until at least April 10, 2006. At that time the parties will have a much better idea of the relative merits of their positions, summary judgment motions and a trial will have concluded in the related case, and mediation in the related case can go forward.

Dated: December 21, 2005                    SIDLEY AUSTIN BROWN & WOOD LLP


By:_____/s/_____
    Robert B. Morrill (SBN 35488)
    Matthew T. Powers (SBN. 124493)
    SIDLEY AUSTIN BROWN & WOOD LLP
    555 California Street
    San Francisco, California 94104
    Telephone: (415) 772-1200
    Fax: (415) 397-4621

    R. Terrance Rader
    David T. Nikaido
    RADER, FISHMAN & GRAUER PLLC
    39533 Woodward Ave., Suite 140
    Bloomfield Hills, MI  48304
    Telephone: 248-594-0600
    Fax: (248) 594-0610

1

**STIPULATION RE: STATUS OF MEDIATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO CONCLUDE MEDIATION**
**CASE NO. C 05-02133 SBA (JCS), R**ELATED **C**ASE **N**O. C 01-04925 SBA (JCS)

|   |   |
|---|---|
|   | Attorneys for Plaintiffs<br>SUMCO and SUMCO USA Corporation |
| Dated: December 21, 2005 | TOWNSEND AND TOWNSEND AND CREW LLP |
|   | By:     /s/Igor Shoiket<br>Igor Shoiket (SBN 190066)<br>Paul F. Kirsch (SBN 127446)<br>Two Embarcadero Center, 8th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 576-0200<br>Facsimile: (415) 576-0300<br>Email: ishoiket@townsend.com<br>Email: pkirsch@townsend.com |
|   | Robert M. Evans, Jr. (*Pro Hac Vice*)<br>SENNIGER POWERS<br>One Metropolitan Square, 16th Floor<br>St. Louis, MO 63102<br>Telephone: (314) 231-5400<br>Facsimile: (314) 231-4342 |
|   | Attorneys for Defendant<br>MEMC Electronic Materials, Inc. |

2

**STIPULATION RE: STATUS OF MEDIATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO CONCLUDE MEDIATION**
**CASE NO. C 05-02133 SBA (JCS), RELATED CASE NO. C 01-04925 SBA (JCS)**

**SIGNATURE ATTESTATION**

I hereby attest that I have on file a holograph signature of Igor Shoiket of Townsend and Townsend and Crew LLP to the foregoing Stipulation where indicated by a "Conformed" signature within this e-filed document.

Dated:  December 21, 2005              SIDLEY AUSTIN BROWN & WOOD LLP

By:           /s/
Robert B. Morrill (SBN 35488)
Matthew T. Powers (SBN. 124493)
SIDLEY AUSTIN BROWN & WOOD LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Fax: (415) 397-4621

R. Terrance Rader
David T. Nikaido
RADER, FISHMAN & GRAUER PLLC
39533 Woodward Ave., Suite 140
Bloomfield Hills, MI  48304
Telephone: 248-594-0600
Fax: (248) 594-0610

Attorneys for Plaintiffs
SUMCO and SUMCO USA Corporation

**[PROPOSED ORDER]**

Good cause appearing therfor, the Court ORDERS that the deadline for concluding mediation in this case is extended until April 10, 2006, subject to further order of the Court.

IT IS SO ORDERED.

Dated: January 3, 2006

*Saundra B. Armstrong*
Honorable Saundra Brown Armstrong
United States District Judge

3

**STIPULATION RE: STATUS OF MEDIATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO CONCLUDE MEDIATION**
**CASE NO. C 05-02133 SBA (JCS), RELATED CASE NO. C 01-04925 SBA (JCS)**

**PROOF OF SERVICE**

I declare I am over the age of 18 years, and not a party to this action. My place of employment and business address is Sidley Austin Brown & Wood LLP, 555 California Street, San Francisco, California 94104.

On December 21, 2005, I served copies of the following documents(s):

**STIPULATION RE: STATUS OF MEDIATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO CONCLUDE MEDIATION**

on the following individuals and entities, as addressed below, by the means indicated below:

| | |
|---|---|
| Igor Shoiket | Robert M. Evans, Jr. |
| Paul F. Kirsch | Marc W. Vander Tuig |
| Townsend and Townsend and Crew LLP | David W. Harlan |
| Two Embarcadero Center, 8th Floor | Senniger Powers |
| San Francisco, CA 94111 | One Metropolitan Square, 16th Floor |
| | St. Louis, MO 63102 |

Alice Fiel, ADR Unit
U.S. District Court
450 Golden Gate Ave.
San Francisco, CA
Fax #415-522-4112

(BY MAIL) I am personally and readily familiar with the business practice of Sidley Austin Brown & Wood LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service. I caused such document(s) to be sent via U.S. Mail according to the practices above.

**(BY FACSIMILE) I caused the above document(s) to be transmitted by facsimile to the parties listed above.**

(BY FEDERAL EXPRESS) I caused the above document(s) to be sent by Federal Express for priority overnight delivery. The above-mentioned document(s) would have been deposited with Federal Express with all charges paid.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 21, 2005.

SF1 1425223v.1