United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEMC ELECTRONIC MATERIALS, INC., | No. C 01-4925 SBA |
| Plaintiff, | (*Related to Case No. C 05-2133*) |
| v. | **ORDER** |
| MITSUBISHI MATERIALS SILICON CORPORATION, et al., | |
| Defendants. | |

IT IS HEREBY ORDERED THAT the February 28, 2006 Pretrial Conference and the March 13, 2006 trial dates are VACATED. If the Court determines that a trial of the above-captioned matter is necessary, the Court will issue an Order scheduling a further Case Management Conference.

IT IS SO ORDERED.

Dated: 2/15/06

SAUNDRA BROWN ARMSTRONG
United States District Judge