Robert B. Morrill, <rmorrill@sidley.com> (SBN 035488)
Edward V. Anderson, <evanderson@sidley.com> (SBN 083148)
Matthew T. Powers, <mpowers@sidley.com> (SBN 124493)
SIDLEY AUSTIN BROWN & WOOD LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile:  (415) 772-7400

R. Terrance Rader, <rtr@raderfishman.com> *(pro hac vice)*
David T. Nikaido, <dtn@raderfishman.com> *(pro hac vice)*
RADER, FISHMAN & GRAUER PLLC
39533 Woodard Avenue, Suite 140
Bloomfield Hills, MI 48304
Telephone:  (248) 594-0600
Facsimile:   (248) 594-0610

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUMITOMO MITSUBISHI SILICON CORPORATION, aka SUMCO, a corporation of Japan and SUMCO USA CORPORATION, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MEMC ELECTRONIC MATERIALS, INC., a Delaware corporation,<br><br>Defendant. | No. C 05-02133 SBA (JCS)<br>Related w/Case No. C 01-04925 SBA (JCS)<br><br>**STIPULATION RE: STATUS OF MEDIATION AND ORDER EXTENDING DEADLINE TO CONCLUDE MEDIATION**<br><br>Date:  None<br>Time:  None<br>Courtroom: 3, 3rd Floor<br>Honorable Saundra Brown Armstrong |

---

**STIPULATION RE: STATUS OF MEDIATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO CONCLUDE MEDIATION**
**CASE NO. C 05-02133 SBA (JCS), RELATED CASE NO. C 01-04925 SBA (JCS)**

1  The parties hereto, by and between their respective counsel, provide this stipulation and
2  proposed order at the request of the Court.

**STIPULATION**

3

4  1. On April 6, 2006, the parties participated in a Case Management Conference with the
5  Court, during which various dates were set for the pretrial period and trial of this case. On April 10,
6  2006, the parties had a conference call with Richard H. Abramson, who has been selected as the
7  mediator in this case.

8  2. During the conference call, all parties discussed the most productive means of
9  proceeding with ADR. The parties discussed the fact that there had already been a recent mediation
10 in a related case, Docket No. C 01-04925, with Magistrate Judge Zimmerman, which was
11 unsuccessful. The parties further discussed the Court's order on April 6, 2006 that the ADR
12 deadline be extended until May 10, 2006, and all parties agreed that conducting a mediation within
13 this timeframe would not be effective or be likely to resolve any issues in this case or the related
14 case.

15 3. All parties agreed that the most effective time to conclude ADR would be after the
16 close of fact discovery, which has now been set by the Court for May 25, 2007. Accordingly, the
17 parties stipulate, and submit this request to the Court, that the ADR deadline be extended to June 25,
18 2007.

19 4. The parties submit that after the close of fact discovery in this case, ADR is far more
20 likely to result in material progress towards settlement. At that time the parties will have a much
21 better idea of the relative merits of their positionsand mediation in this case can then go forward.

1

**STIPULATION RE: STATUS OF MEDIATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO CONCLUDE MEDIATION**
**CASE NO. C 05-02133 SBA (JCS), RELATED CASE NO. C 01-04925 SBA (JCS)**

Dated: April 11, 2006                SIDLEY AUSTIN BROWN & WOOD LLP


By:_____/s/_____
    Robert B. Morrill (SBN 35488)
    Matthew T. Powers (SBN. 124493)
    SIDLEY AUSTIN BROWN & WOOD LLP
    555 California Street
    San Francisco, California 94104
    Telephone: (415) 772-1200
    Fax: (415) 397-4621

    R. Terrance Rader
    David T. Nikaido
    RADER, FISHMAN & GRAUER PLLC
    39533 Woodward Ave., Suite 140
    Bloomfield Hills, MI  48304
    Telephone: 248-594-0600
    Fax: (248) 594-0610

    Attorneys for Plaintiffs
    SUMCO and SUMCO USA Corporation

Dated: April 11, 2006                TOWNSEND AND TOWNSEND AND CREW LLP


By:_____/s/Igor Shoiket_____
    Igor Shoiket (SBN 190066)
    Paul F. Kirsch (SBN 127446)
    Two Embarcadero Center, 8th Floor
    San Francisco, CA 94111
    Telephone: (415) 576-0200
    Facsimile: (415) 576-0300
    Email: ishoiket@townsend.com
    Email: pkirsch@townsend.com

    Robert M. Evans, Jr. (*Pro Hac Vice*)
    SENNIGER POWERS
    One Metropolitan Square, 16th Floor
    St. Louis, MO 63102
    Telephone: (314) 231-5400
    Facsimile: (314) 231-4342

    Attorneys for Defendant
    MEMC Electronic Materials, Inc.

2

**STIPULATION RE: STATUS OF MEDIATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO CONCLUDE MEDIATION**
**CASE NO. C 05-02133 SBA (JCS), RELATED CASE NO. C 01-04925 SBA (JCS)**

**SIGNATURE ATTESTATION**

I hereby attest that I have on file a holograph signature of Igor Shoiket of Townsend and Townsend and Crew LLP to the foregoing Stipulation where indicated by a "Conformed" signature within this e-filed document.

Dated:  April 11, 2006                     SIDLEY AUSTIN BROWN & WOOD LLP


By:_____/s/_____

    Robert B. Morrill (SBN 35488)
    Matthew T. Powers (SBN. 124493)
    SIDLEY AUSTIN BROWN & WOOD LLP
    555 California Street
    San Francisco, California 94104
    Telephone: (415) 772-1200
    Fax: (415) 397-4621

    R. Terrance Rader
    David T. Nikaido
    RADER, FISHMAN & GRAUER PLLC
    39533 Woodward Ave., Suite 140
    Bloomfield Hills, MI  48304
    Telephone: 248-594-0600
    Fax: (248) 594-0610

    Attorneys for Plaintiffs
    SUMCO and SUMCO USA Corporation


**ORDER**

Good cause appearing therfor, the Court ORDERS that the deadline for concluding mediation in this case is extended until June 25, 2007, subject to further order of the Court.

IT IS SO ORDERED.

Dated:  April 11, 2006                     _____
                                       Honorable Saundra Brown Armstrong
                                       United States District Judge