UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUMITOMO MITSUBISHI SILICON CORP., et al.,<br><br>       Plaintiff(s),<br><br>  v.<br><br>MEMC ELECTRONIC MATERIALS, INC.,<br><br>       Defendant(s). | No.  C05-2133 SBA (BZ)<br><br>**ORDER SCHEDULING TELEPHONIC CONFERENCE RE DEVISING A SETTLEMENT CONFERENCE SCHEDULE FOR PATENT CASE** |

This case has been assigned to me to conduct a settlement conference.  **IT IS HEREBY ORDERED** that a telephonic hearing is scheduled for **Wednesday, January 10, 2007 at 3:00 p.m.** to discuss the settlement process.  Plaintiff's counsel shall initiate the call and get all interested parties on the line and call chambers at **415-522-4093.**  In preparation for that conference, the parties shall familiarize themselves with my form of settlement conference order for patent cases which can be found on the court's website at **www.cand.uscourts.gov**.

Dated: January 3, 2007

                                       Bernard Zimmerman
                         United States Magistrate Judge

G:\BZALL\-REFS\REFS.07\SUMITOMO.TELCONF.PATENT.CASE.wpd