UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUMITOMO MITSUBISHI SILICON CORP., et al.,<br><br>      Plaintiff(s),<br><br>  v.<br><br>MEMC ELECTRONIC MATERIALS, INC.,<br><br>      Defendant(s). | No.  C05-2133 SBA (BZ)<br><br>**ORDER SCHEDULING FURTHER TELEPHONIC CONFERENCE AND SETTING TENTATIVE SETTLEMENT CONFERENCE** |

**IT IS HEREBY ORDERED** that a telephone conference is scheduled for **April 16, 2007 at 3:00 p.m.** to continue the discussion of crafting a settlement process which will lead to a settlement conference tentatively scheduled for **August 14, 2007 at 9:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Prior to **April 16, 2007**, counsel for both parties shall confer in an effort to agree on a settlement process. On **April 16, 2007**, counsel for plaintiff shall get counsel for defendant on the line and call the court at **415-522-4093.**

Dated: January 11, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.07\SUMITOMO.TELCONF.2.PATENT.CASE.wpd

1