1   Robert B. Morrill  (SBN 35488)
2   Edward V. Anderson (SBN 083148)
    Matthew T. Powers  (SBN 124493)
3   SIDLEY AUSTIN LLP
    555 California Street
4   San Francisco, CA 94104
    Telephone:  (415) 772-1200
5   Facsimile:  (415) 397-4621
    Email: rmorrill@sidley.com
6   Email: evanderson@sidley.com
7   Email: mpowers@sidley.com

R. Terrance Rader (*Pro Hac Vice)*
David T. Nikaido (*Pro Hac Vice*)
Glenn E. Forbis *(Pro Hac Vice)*
Linda M. Mettes *(Pro Hac Vice)*
Leigh C. Taggart *(Pro Hac Vice)*
RADER, FISHMAN & GRAUER PLLC
39533 Woodward Avenue, Suite 140
Bloomfield Hills, MI  48304
Telephone:  (248) 594-0600
Facsimile:  (248) 594-0610
Email: rtr@raderfishman.com
Email: dtn@raderfishman.com
Email: gef@raderfishman.com

9   Attorneys for Plaintiffs
    SUMCO and SUMCO USA Corporation

10
    Igor Shoiket (SBN 190066)
11  Paul F. Kirsch (SBN 127446)
    TOWNSEND AND TOWNSEND AND
12  CREW LLP
13  Two Embarcadero Center, 8th Floor
    San Francisco, CA 94111
14  Telephone: (415) 576-0200
    Facsimile: (415) 576-0300
15  Email: ishoiket@townsend.com
    Email: pkirsch@townsend.com
16
17  Attorneys for Defendant
    MEMC Electronic Materials, Inc.

Robert M. Evans, Jr. (*Pro Hac Vice* )
David W. Harlan (*Pro Hac Vice*)
Marc W. Vander Tuig (*Pro Hac Vice*)
SENNIGER POWERS
One Metropolitan Square, 16th Floor
St. Louis, MO 63102
Telephone: (314) 231-5400
Facsimile: (314) 231-4342
Email: revans@senniger.com
Email: mvandertuig@senniger.com
Email: dharlan@senniger.com

19

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

21

| | |
|---|---|
| 22  SUMITOMO MITSUBISHI SILICON CORPORATION, aka SUMCO and SUMCO 23  USA CORPORATION, <br><br> 24                  Plaintiffs, <br><br> 25        v. <br><br> 26  MEMC ELECTRONIC MATERIALS, INC., Defendant. | Case No. CV 05-02133 SBA (JCS) <br> Related w/ Case No. CV 01-04925 SBA (JCS) <br><br> **JOINT STIPULATED REQUEST FOR ORDER CHANGING TIME** <br><br> Honorable Saundra B. Armstrong |

27

28

1  NOW COME the parties, by and through their attorneys, and hereby jointly request pursuant to

2  Fed. R. Civ. P. 6 and 16 and L. R. 6-2 an order from the Court to modify the Case Management Order

3  in this case as follows:

4      a.      To require plaintiffs to designate their experts, provide a curriculum vitae for each

5  designated expert, and identify topics on which each designated expert will opine no later than March

6  1, 2007;

7      b.      To require plaintiffs to submit their expert reports no later than March 30, 2007;

8      c.      To require defendant to designate their experts, provide a curriculum vitae for each

9  designated expert, and identify topics on which each designated expert will opine no later than April 6,

10  2007;

11      d.      To require defendant to submit their expert reports no later than April 30, 2007; and

12      e.      To require all expert depositions to be conducted after April 30, 2007 and completed no

13          later than May 25, 2007.

14  Under the current Case Management Order, both parties must designate their experts by March 1,

15  2007 and designate rebuttal experts on April 9, 2007.  The parties believe the proposed changes to the

16  Case Management Order will lead to a more orderly development of expert opinions and testimony.

17  The Case Management Order has not previously been changed.  This modification to the Case

18  Management Order will not effect any other deadlines in this case.

19

20

21

22

23

24

25

26

27

28

1   Dated: February 7, 2007                         SIDLEY AUSTIN LLP

2

3                                                   By: _____/s/_____

                                                        Robert B. Morrill (SBN 035488)
4                                                       Matthew T. Powers (SBN 124493)
                                                        SIDLEY AUSTIN LLP
5                                                       555 California Street
                                                        San Francisco, California 94104
6                                                       Telephone: (415) 772-1200
                                                        Fax: (415) 397-4621
7
                                                        R. Terrance Rader *(Pro Hac Vice)*
8                                                       David T. Nikaido *(Pro Hac Vice)*
                                                        Glenn E. Forbis *(Pro Hac Vice)*
9                                                       Linda M. Mettes *(Pro Hac Vice)*
                                                        Leigh C. Taggart *(Pro Hac Vice)*
10                                                      RADER, FISHMAN & GRAUER PLLC
                                                        39533 Woodward Ave., Suite 140
11                                                      Bloomfield Hills, MI  48304

12
                                                        Attorneys for Plaintiffs
13                                                      SUMCO and SUMCO USA Corporation

14
     Dated:  February 7, 2007                       TOWNSEND AND TOWNSEND AND CREW LLP
15

16                                                  By:_____/s/_____
                                                        Igor Shoiket (State Bar No. 190066)
17                                                      Paul F. Kirsch (State Bar No. 127446)
                                                        Two Embarcadero Center, Eighth Floor
18                                                      San Francisco, CA 94111
                                                        Telephone:  (415) 576-0200
19                                                      Facsimile:  (415) 576-0300
                                                        Email:  ishoiket@townsend.com
20                                                      Email:  pkirsch@townsend.com

21                                                      SENNIGER POWERS
                                                        Robert M. Evans, Jr. *(Pro Hac Vice)*
22                                                      David W. Harlan *(Pro Hac Vice)*
                                                        Marc W. Vander Tuig *(Pro Hac Vice)*
23                                                      One Metropolitan Square
                                                        16th Floor
24                                                      St. Louis, MO 63102
                                                        Telephone:  (314) 231-5400
25                                                      Facsimile:  (314) 231-4342
                                                        Email:  revans@senniger.com
26                                                      Email:  dharlan@senniger.com
                                                        Email:  mvandertuig@senniger.com
27
                                                        Attorneys for Defendant
28                                                      MEMC ELECTRONIC MATERIALS, INC.

     JOINT STIPULATED REQUEST FOR ORDER CHANGING TIME         2
     CASE NO. C 05-02133 Related w/ Case no. C 01-4925 SBA

1   **PURSUANT TO STIPULATION, IT IS SO ORDERED**

2

3

4   Dated:2/9/07

5   SAUNDRA BROWN ARMSTRONG
    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

**ATTESTATION OF SIGNATURE**
**(N.D. Cal. General Order 45)**

3         I, Matthew T. Powers, hereby attest that concurrence in the filing of the following

4     document:

5             **JOINT STIPULATED REQUEST FOR ORDER CHANGING TIME**

6     has been obtained from all of the signatories.

7

8     DATED:  February 7, 2007                        SIDLEY AUSTIN LLP

9

10

11                                                    By:_____/s/_____

                                                        Attorneys for Plaintiffs
12                                                       SUMCO and SUMCO USA Corporation

13

      SF1 1448453v.1
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ATTESTATION OF SIGNATURE (N.D. Cal. General Order 45)
CASE NO. C 05-02133 Related w/ Case no. C 01-4925 SBA