1   TOWNSEND AND TOWNSEND AND CREW LLP
    IGOR SHOIKET (State Bar No. 190066)
2   PAUL F. KIRSCH (State Bar No. 127446)
    Two Embarcadero Center, Eighth Floor
3   San Francisco, CA 94111
    Telephone:  (415) 576-0200
4   Facsimile:  (415) 576-0300
    Email:  ishoiket@townsend.com
5   Email:  pkirsch@townsend.com

6

    SENNIGER POWERS
7   ROBERT M. EVANS, JR. (*Pro Hac Vice*)
    DAVID W. HARLAN *(Pro Hac Vice)*
8   MARC W. VANDER TUIG (*Pro Hac Vice*)
    One Metropolitan Square, 16th Floor
9   St. Louis, MO  63102
    Telephone:  (314) 231-5400
10  Facsimile:  (314) 231-4342
    Email:  revans@senniger.com
11  Email:  dharlan@senniger.com
    Email:  mvandertuig@senniger.com
12
    Attorneys for Defendant
13  MEMC ELECTRONIC MATERIALS, INC.

14

15                  UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
16                        OAKLAND DIVISION

17

18  SUMITOMO MITSUBISHI SILICON            Case No. CV 05-02133 SBA (JCS)
    CORPORATION, aka SUMCO and SUMCO       Related w/ Case No. CV 01-04925 SBA (JCS)
    USA CORPORATION,
19                                         **STIPULATED [~~PROPOSED~~] ORDER
                                           AUTHORIZING ORAL DEPOSITIONS IN
20           Plaintiffs,                   TOKYO, JAPAN**

21        v.

22  MEMC ELECTRONIC MATERIALS, INC.,
    Defendant.

23

24

25

26

27

28

1     Pursuant to Civil L.R. 7-12, plaintiffs Sumitomo Mitsubishi Silicon Corporation et al.

2 ("SUMCO") and defendant MEMC Electronic Materials, Inc. ("MEMC") stipulate that the following

3 Order be entered by the Court:

4

5            **TO ANY CONSUL OR VICE CONSUL OF THE UNITED STATES**

6                **UNITED STATES EMBASSY, TOKYO, JAPAN**

7     **UPON THE APPLICATION OF DEFENDANT, AND PURSUANT TO ARTICLE 17**

8 **OF THE UNITED STATES - JAPAN CONSULAR CONVENTION,**

9     **IT IS ORDERED THAT THE DEPOSITIONS ON NOTICE OF THE FOLLOWING**

10 **WITNESSES BE TAKEN AT THE UNITED STATES EMBASSY IN TOKYO, JAPAN:**

11     Mr. Tamio Kobayashi, SUMCO Corporation, 314 Nishisangao, Noda-shi, Chiba 278-0015,
12     Japan

13     Mr. Yasuharu Sasaki, SUMCO Corporation, 314 Nishisangao, Noda-shi, Chiba 278-0015,
    Japan

14 
15     Mr. Toshihiro Awa, SUMCO Corporation, 314 Nishisangao, Noda-shi, Chiba 278-0015,
    Japan

16     Mr. Katsuichi Gunji, SUMCO Corporation, 314 Nishisangao, Noda-shi, Chiba 278-0015,
    Japan

17 
18     Dr. Hisashi Furuya, SUMCO Corporation, 2201 Oaza Kamioda, Kohoku-cho, Kishima-gun,
    Saga 849-0597, Japan

19     Any additional witness that may be designated by Sumitomo Mitsubishi Corporation in
20     response to Rule 30(b)(6) Deposition Notice served on January 2, 2007.

21     **COMMENCING ON OR ABOUT MAY 21, 2007 AND TERMINATING ON OR**

22 **ABOUT JUNE 1, 2007, AND TO MARK ANY DOCUMENTARY EXHIBITS IN**

23 **CONNECTION THEREWITH.**

24     **COUNSEL FOR DEFENDANT WHO WILL PARTICIPATE IN SAID DEPOSITIONS**

25 **ARE:**

26     Harlan, David W., Senniger Powers, One Metropolitan Square, 16th Floor, St. Louis, MO
27     63102

28     Evans, Robert M., Senniger Powers, One Metropolitan Square, 16th Floor, St. Louis, MO
    63102

Vander Tuig, Marc W., Senniger Powers, One Metropolitan Square, 16th Floor, St. Louis, MO 63102

Hartley, Michael J., Senniger Powers, One Metropolitan Square, 16th Floor, St. Louis, MO 63102

**AND COUNSEL FOR PLAINTIFFS WHO WILL PARTICIPATE IN SAID DEPOSITIONS ARE:**

Rader, Terrance R., Rader, Fishman & Grauer PLLC, 39533 Woodard Avenue, Suite 140, Bloomfield Hills, MI 48304

Nikaido, David T., Rader, Fishman & Grauer PLLC, 39533 Woodard Avenue, Suite 140, Bloomfield Hills, MI 48304

Forbis, Glenn E., Rader, Fishman & Grauer PLLC, 39533 Woodard Avenue, Suite 140, Bloomfield Hills, MI 48304

Mettes, Linda D., Rader, Fishman & Grauer PLLC, 39533 Woodard Avenue, Suite 140, Bloomfield Hills, MI 48304

Taggart, Leigh C., Rader, Fishman & Grauer PLLC, 39533 Woodard Avenue, Suite 140, Bloomfield Hills, MI 48304

**THE PROCEEDINGS WILL BE REPORTED BY:**

American Realtime Court Reporters, Shisa X, Room 803, 4-12-12 Nishi-Tenma, Kita-ku, Osaka 530-0047, Japan (Court Reporting)

Holcombe & Associates (Interpretation)

Legal Video Asia (Videography)

**PLEASE CAUSE THE TESTIMONY OF SAID WITNESSES TO BE REDUCED TO WRITING AND THE DEPOSITIONS SIGNED BY SAID WITNESSES AND ANNEX SAID DEPOSITION TESTIMONY TO YOUR COMMISSION AND CLOSE THE SAME UNDER YOUR SEAL AND MAKE RETURN THEREOF TO THIS COURT WITH ALL CONVENIENT SPEED.**

STIPULATED [Proposed] ORDER AUTHORIZING ORAL DEPOSITIONS IN TOKYO, JAPAN
CASE NO. C 05-02133 Related w/ Case no. C 01-4925 SBA

3

**IT IS SO STIPULATED:**

| TOWNSEND AND TOWNSEND AND CREW LLP | SIDLEY AUSTIN BROWN & WOOD LLP |
|---|---|
| By:_____/s/_____ | By:_____/s/_____ |
| Igor Shoiket (State Bar No. 190066)<br>Paul F. Kirsch (State Bar No. 127446)<br>Two Embarcadero Center, Eighth Floor<br>San Francisco, CA 94111<br>Telephone: (415) 576-0200<br>Facsimile: (415) 576-0300<br>Email: ishoiket@townsend.com<br>Email: pkirsch@townsend.com<br><br>SENNIGER POWERS<br>Robert M. Evans, Jr. *(Pro Hac Vice)*<br>David W. Harlan *(Pro Hac Vice)*<br>Marc W. Vander Tuig *(Pro Hac Vice)*<br>One Metropolitan Square<br>16th Floor<br>St. Louis, MO 63102<br>Telephone: (314) 231-5400<br>Facsimile: (314) 231-4342<br>Email: revans@senniger.com<br>Email: dharlan@senniger.com<br>Email: mvandertuig@senniger.com<br><br>Attorneys for Defendant<br>MEMC ELECTRONIC MATERIALS, INC. | Robert B. Morrill  (SBN 35488)<br>Edward V. Anderson (SBN 083148)<br>Matthew T. Powers  (SBN 124493)<br>555 California Street<br>San Francisco, CA 94104<br>Telephone: (415) 772-1200<br>Facsimile: (415) 397-4621<br>Email: rmorrill@sidley.com<br>Email: evanderson@sidley.com<br>Email: mpowers@sidley.com<br><br>RADER, FISHMAN & GRAUER PLLC<br>R. Terrance Rader (*Pro Hac Vice)*<br>David T. Nikaido (*Pro Hac Vice)*<br>Glenn E. Forbis *(Pro Hac Vice)*<br>39533 Woodward Avenue, Suite 140<br>Bloomfield Hills, MI  48304<br>Telephone: (248) 594-0600<br>Facsimile: (248) 594-0610<br>Email: rtr@raderfishman.com<br>Email: dtn@raderfishman.com<br>Email: gef@raderfishman.com<br><br>Attorneys for Plaintiffs<br>SUMCO and SUMCO USA Corporation |

STIPULATED [Proposed] ORDER AUTHORIZING ORAL DEPOSITIONS IN TOKYO, JAPAN
CASE NO. C 05-02133 Related w/ Case no. C 01-4925 SBA

4

**GENERAL ORDER 45 ATTESTATION**

I, Igor Shoiket, am the ECF user whose ID and password are being used to file this STIPULATED [PROPOSED] ORDER AUTHORIZING ORAL DEPOSITIONS IN TOKYO, JAPAN. In compliance with General Order 45, X.B., I hereby attest that Leigh C. Taggart, Esq., counsel for Plaintiffs SUMCO and SUMCO USA Corporation, has concurred in this filing.

Dated: March 19, 2007                         TOWNSEND and TOWNSEND and CREW LLP


                                              By:_____/s/_____
                                                      Igor Shoiket

                                              Attorneys for Defendant MEMC Electronic
                                              Materials, Inc.


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**



DATE: ___ March 20, 2007 _

_____
HON. JO
UNITED S                               ISTRATE JUDGE

Judge Joseph C. Spero

STIPULATED [Proposed] ORDER AUTHORIZING ORAL DEPOSITIONS IN TOKYO, JAPAN
CASE NO. C 05-02133 Related w/ Case no. C 01-4925 SBA

5