| | |
|---|---|
| 1 | Robert B. Morrill, <rmorrill@sidley.com> (SBN 035488) |
| 2 | Edward V. Anderson, <evanderson@sidley.com> (SBN 083148)<br>Matthew T. Powers, <mpowers@sidley.com> (SBN 124493) |
| 3 | SIDLEY AUSTIN BROWN & WOOD LLP<br>555 California Street, Suite 2000 |
| 4 | San Francisco, CA 94104<br>Telephone: (415) 772-1200/Facsimile: (415) 772-7400 |
| 5 | R. Terrance Rader, <rtr@raderfishman.com> *(pro hac vice)* |
| 6 | David T. Nikaido, <dtn@raderfishman.com> *(pro hac vice)*<br>RADER, FISHMAN & GRAUER PLLC |
| 7 | 39533 Woodard Avenue, Suite 140<br>Bloomfield Hills, MI 48304 |
| 8 | Telephone: (248) 594-0600/Facsimile: (248) 594-0610 |
| 9 | *Attorneys for Plaintiffs* |
| 10 | TOWNSEND AND TOWNSEND AND CREW LLP<br>IGOR SHOIKET <ishoiket@townsend.com> (SBN 190066) |
| 11 | PAUL F. KIRSCH <pkirsch@townsend.com> (SBN 127446)<br>Two Embarcadero Center, Eighth Floor |
| 12 | San Francisco, California 94111<br>Telephone: (415) 576-0200/Facsimile: (415) 576-0300 |
| 13 | SENNIGER, POWERS, LEAVITT & ROEDEL |
| 14 | ROBERT M. EVANS, JR. <revans@senniger.com> *(Pro Hac Vice)*<br>MARC W. VANDER TUIG <mvandertuig@senniger.com> *(Pro Hac Vice)* |
| 15 | DAVID W. HARLAN <dharlan@senniger.com> *(Pro Hac Vice)*<br>One Metropolitan Square, 16th Floor |
| 16 | St. Louis, MO 63102<br>Telephone: 314-231-5400/Facsimile (314) 231-4342 |
| 17 | *Attorneys for Defendant* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUMITOMO MITSUBISHI SILICON CORPORATION, aka SUMCO, a corporation of Japan and SUMCO USA CORPORATION, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MEMC ELECTRONIC MATERIALS, INC., a Delaware corporation,<br><br>Defendant. | No. C 05-02133 SBA (JCS)<br>Related w/Case No. C 01-04925 SBA (JCS)<br><br>**STIPULATION RE: STATUS OF MEDIATION AND [PROPOSED] ORDER FOR RELIEF FROM MEDIATION DEADLINE**<br><br>Date: None<br>Time: None<br>Courtroom: 3, 3rd Floor<br>Honorable Saundra Brown Armstrong |

**STIPULATION RE: STATUS OF MEDIATION AND [PROPOSED] ORDER FOR RELIEF FROM MEDIATION DEADLINE**
CASE NO. C 05-02133 SBA (JCS), RELATED CASE NO. C 01-04925 SBA (JCS)

The parties hereto, by and between their respective counsel, provide this stipulation and proposed order.

## STIPULATION

1. On April 11, 2006, the parties submitted a stipulation and proposed order, which was filed by the Court, extending the mediation deadline in this case to June 25, 2007. *See* Docket No. 191. Since the entry of that Order, the Court has entered its April 14, 2006 Order for Pretrial Preparation, which required the parties to participate in a mandatory settlement conference with a Magistrate Judge. *See* Docket No. 193, at p. 2. On April 16, 2007, Magistrate Judge Zimmerman entered an order setting a Settlement Conference for August 14, 2007. *See* Docket No. 243.

2. Defendant MEMC is currently preparing a motion or motions directed to the disposition of this case. In the related case, the parties have recently concluded oral argument before the Federal Circuit. The parties believe it would not be productive to engage in mediation in addition to the pending settlement conference before Judge Zimmerman. Accordingly, the parties jointly request relief from the mediation deadline and the requirement that this case be mediated.

---

**STIPULATION RE: STATUS OF MEDIATION AND [PROPOSED] ORDER FOR RELIEF FROM MEDIATION DEADLINE**
CASE NO. C 05-02133 SBA (JCS), RELATED CASE NO. C 01-04925 SBA (JCS)

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: June 25, 2007 | SIDLEY AUSTIN BROWN & WOOD LLP |

By: _____/s/_____
Robert B. Morrill (SBN 35488)
Matthew T. Powers (SBN. 124493)
SIDLEY AUSTIN BROWN & WOOD LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Fax: (415) 397-4621

R. Terrance Rader
David T. Nikaido
RADER, FISHMAN & GRAUER PLLC
39533 Woodward Ave., Suite 140
Bloomfield Hills, MI 48304
Telephone: 248-594-0600
Fax: (248) 594-0610

Attorneys for Plaintiffs
SUMCO and SUMCO USA Corporation

Dated: June 25, 2007          TOWNSEND AND TOWNSEND AND CREW LLP

By: _____/s/Igor Shoiket_____
Igor Shoiket (SBN 190066)
Paul F. Kirsch (SBN 127446)
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: ishoiket@townsend.com
Email: pkirsch@townsend.com

Robert M. Evans, Jr. (*Pro Hac Vice*)
SENNIGER POWERS
One Metropolitan Square, 16th Floor
St. Louis, MO 63102
Telephone: (314) 231-5400
Facsimile: (314) 231-4342

Attorneys for Defendant
MEMC Electronic Materials, Inc.

---

**STIPULATION RE: STATUS OF MEDIATION AND [PROPOSED] ORDER FOR RELIEF FROM MEDIATION DEADLINE**
CASE NO. C 05-02133 SBA (JCS), RELATED CASE NO. C 01-04925 SBA (JCS)

## SIGNATURE ATTESTATION

I hereby attest that I have on file a holograph signature of Igor Shoiket of Townsend and Townsend and Crew LLP to the foregoing Stipulation where indicated by a "Conformed" signature within this e-filed document.

Dated: June 25, 2007            SIDLEY AUSTIN BROWN & WOOD LLP

                                By:_____/s/_____

                                Robert B. Morrill (SBN 35488)
                                Matthew T. Powers (SBN. 124493)
                                SIDLEY AUSTIN BROWN & WOOD LLP
                                555 California Street
                                San Francisco, California 94104
                                Telephone: (415) 772-1200
                                Fax: (415) 397-4621

                                R. Terrance Rader
                                David T. Nikaido
                                RADER, FISHMAN & GRAUER PLLC
                                39533 Woodward Ave., Suite 140
                                Bloomfield Hills, MI 48304
                                Telephone: 248-594-0600
                                Fax: (248) 594-0610

                                Attorneys for Plaintiffs
                                SUMCO and SUMCO USA Corporation


## [PROPOSED] ORDER

Good cause appearing therfor, the Court ORDERS that the deadline for concluding mediation in this case is vacated, and that no mediation need be conducted with respect to this case, subject to further order of the Court.

IT IS SO ORDERED.

Dated: June 25, 2007            _____
                                Honorable Saundra Brown Armstrong
                                United States District Judge

---

**STIPULATION RE: STATUS OF MEDIATION AND [PROPOSED] ORDER FOR RELIEF FROM MEDIATION DEADLINE**
CASE NO. C 05-02133 SBA (JCS), RELATED CASE NO. C 01-04925 SBA (JCS)