Robert B. Morrill, <rmorrill@sidley.com> (SBN 035488)
Edward V. Anderson, <evanderson@sidley.com> (SBN 083148)
Matthew T. Powers, <mpowers@sidley.com> (SBN 124493)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

R. Terrance Rader, <rtr@raderfishman.com> *(pro hac vice)*
David T. Nikaido, <dtn@raderfishman.com> *(pro hac vice)*
Glenn E. Forbis, <gef@raderfishman.com> *(pro hac vice)*
Linda D. Mettes, <ldm@raderfishman.com> *(pro hac vice)*
Leigh C. Taggart, <lct@raderfishman.com> *(pro hac vice)*
RADER, FISHMAN & GRAUER PLLC
39533 Woodard Avenue, Suite 140
Bloomfield Hills, MI 48304
Telephone: (248) 594-0600
Facsimile: (248) 594-0610

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUMITOMO MITSUBISHI SILICON CORPORATION, aka SUMCO, a corporation of Japan and SUMCO USA CORPORATION, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MEMC ELECTRONIC MATERIALS, INC., a Delaware corporation,<br><br>Defendant. | No. C 05-02133 SBA (JCS)<br>Related w/Case No. C 01-04925 SBA (JCS)<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION FOR SEALING ORDER RE: EXHIBITS TO DECLARATION OF MATTHEW T. POWERS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MEMC's JUNE 26, 2007 MOTION FOR SUMMARY JUDGMENT AND FOR JUDGMENT ON THE PLEADINGS, AND TO MEMC'S MOTIONS TO EXCLUDE THE TESTIMONY OF CARL DEGEN, DR. FRANK GOLLOP, AND A. JAMES ISBESTER (CIVIL L.R. 79-5)**<br><br>Date: July 31, 2007<br>Time: 1:00 p.m.<br>Courtroom: 3, 3rd Floor<br>Honorable Saundra Brown Armstrong |

**PLAINTIFFS' ADMINISTRATIVE MOTION FOR SEALING ORDER RE: EXHIBITS TO DECLARATION OF MATTHEW T. POWERS IN SUPPORT OF PLAINTIFFS' OPPOSITIONS TO MEMC'S JUNE 26, 2007 MOTION FOR SUMMARY JUDGMENT AND MOTIONS TO EXCLUDE (CIVIL L.R. 79-5)**
**CASE NO. C 05-02133 SBA (JCS), RELATED CASE NO. C 01-04925 SBA (JCS)**

1 | Plaintiffs Sumitomo Mitsubishi Silicon Corporation and SUMCO USA Corporation ("SUMCO") submit this Administrative Motion pursuant to Civil Local Rule 79-5(d) for permission to file the following documents under seal:

Exhibits 5, 39-41, 80-82, 92, 95, 97, 101, 102, 105-107, 109, 110, 112-114, 119, 133-134 to the DECLARATION OF MATTHEW T. POWERS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MEMC's JUNE 26, 2007 MOTION FOR SUMMARY JUDGMENT AND FOR JUDGMENT ON THE PLEADINGS, AND TO MEMC'S MOTIONS TO EXCLUDE THE TESTIMONY OF CARL DEGEN, DR. FRANK GOLLOP, AND A. JAMES ISBESTER

Pursuant to the Stipulated Protective Order entered in this case [Docket No. 204], Plaintiffs' submit that these exhibits are sealable because the documents contain sensitive proprietary, financial and business information of SUMCO that (1) is proprietary and confidential; (2) has not been disclosed to the public; and (3) could, if disclosed to MEMC and/or to the public, cause harm to SUMCO's competitive positions.

Plaintiffs also submit this Administrative Motion because defendant MEMC has designated the documents of Exhibits 21, 27, 28, 32-34, 36, 43, 45, 48, 50, 54, 73-77, 90-92, 93, 111, 115, 116, 118, 120-122, 124-132, 134, 135, 140, and 141 as Confidential pursuant to the Protective Order previously entered in this action. Pursuant to Civil Local Rule 79-5(d), within five days of the filing of this Administrative Motion, the designating party, MEMC, must file with the Court and serve a declaration establishing that the designated information is sealable, and must lodge and serve a proposed sealing order, or must withdraw the designation of confidentiality.

Respectfully submitted,

Dated: July 10, 2007

                /s/
Robert B. Morrill (SBN 035488)
Edward V. Anderson (SBN 083148)
Matthew T. Powers (SBN 0124493)
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California 94104
Telephone: 415-772-1200/Fax: 415-397-4621

R. Terrance Rader *(Pro Hac Vice)*
David T. Nikaido *(Pro Hac Vice)*
Glenn E. Forbis *(Pro Hac Vice)*
Linda D. Mettes *(Pro Hac Vice)*

1

**PLAINTIFFS' ADMINISTRATIVE MOTION FOR SEALING ORDER RE: EXHIBITS TO DECLARATION OF MATTHEW T. POWERS IN SUPPORT OF PLAINTIFFS' OPPOSITIONS TO MEMC'S JUNE 26, 2007 MOTION FOR SUMMARY JUDGMENT AND MOTIONS TO EXCLUDE (CIVIL L.R. 79-5)**
CASE NO. C 05-02133 SBA (JCS), RELATED CASE NO. C 01-04925 SBA (JCS)

Leigh C. Taggart *(Pro Hac Vice)*
RADER, FISHMAN & GRAUER PLLC
39533 Woodward Ave., Suite 140
Bloomfield Hills, MI 48304
Telephone: 248-594-0600/Fax: 248-594-0610
*Attorneys for Plaintiffs*

**PROPOSED ORDER**

Good cause appearing therefor, the Court GRANTS Plaintiffs' request to file Exhibits 5, 39-41, 80-82, 92, 95, 97, 101, 102, 105-107, 109, 110, 112-114, 119, 133-134 under seal.

Dated: 10/17/07

_____
Honorable Saundra Brown Armstrong

---

2

**PLAINTIFFS' ADMINISTRATIVE MOTION FOR SEALING ORDER RE: EXHIBITS TO DECLARATION OF MATTHEW T. POWERS IN SUPPORT OF PLAINTIFFS' OPPOSITIONS TO MEMC'S JUNE 26, 2007 MOTION FOR SUMMARY JUDGMENT AND MOTIONS TO EXCLUDE (CIVIL L.R. 79-5)**
**CASE NO. C 05-02133 SBA (JCS), RELATED CASE NO. C 01-04925 SBA (JCS)**