**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUMITOMO MITSUBISHI SILICON          No. C 05-2133 SBA
CORPORATION, et al.,                            (*Related to Case No. C 01-4925*)

   Plaintiffs,

  v.                                                    **ORDER**
              [Docket No. 337]

MEMC ELECTRONIC MATERIALS, INC.,

   Defendant.
_____/

   1. On July 18, 2006 the Court entered a Stipulated Protective Order [Docket No. 204].

   2. Defendant MEMC Electronic Materials, Inc. ("MEMC) has filed a Motion to File Under

Seal Exhibits 1 and 2 to the Declaration of Igor Shoiket In Support of MEMC's Objections to

Plaintiffs' Evidence Submitted In Support of Its Opposition to Defendant's Motion for Summary

Judgment and Motions to Exclude [Docket No. 337].

   The Court having considered MEMC's Administrative Motion and Declaration, and good

cause appearing, IT IS HEREBY ORDERED that the Clerk shall accept for filing under seal the

lodged sealed copies of the following documents:

   **EXHIBITS 1 AND 2 TO THE DECLARATION OF IGOR SHOIKET**
   **IN SUPPORT OF DEFENDANT MEMC ELECTRONIC**
   **MATERIALS, INC.'S OBJECTIONS TO PLAINTIFFS' EVIDENCE**
   **SUBMITTED IN SUPPORT OF PLAINTIFFS' OPPOSITION TO**
   **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND FOR**
   **MOTIONS TO EXCLUDE**

**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IT IS SO ORDERED.

Dated: 10/17/07

SAUNDRA BROWN ARMSTRONG

United States District Judge

2