IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUMITOMO MITSUBISHI SILICON CORPORATION, et al., | No. C 05-2133 SBA (*Related to Case No. C 01-4925*) |
| Plaintiffs, | |
| v. | **ORDER** [Docket Nos. 342, 345, 346] |
| MEMC ELECTRONIC MATERIALS, INC., | |
| Defendant. | |

On July 18, 2006 the Court entered a Stipulated Protective Order [Docket No. 204]. In accordance with that Order, IT IS HEREBY ORDERED that MEMC's administrative motions to file various documents under seal [Docket Nos. 342, 345, and 346] are GRANTED. The Clerk shall accept for filing under seal the lodged sealed copies of the following documents:

**DEFENDANT MEMC ELECTRONIC MATERIALS, INC.'S REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE THE TESTIMONY OF DR. FRANK M. GOLLOP UNDER FED. R. EVID. 702;**

**EXHIBITS 32, 35, 39, 40, 42, 44 AND 46-49 TO THE DECLARATION OF IGOR SHOIKET IN SUPPORT OF DEFENDANT MEMC ELECTRONIC MATERIALS, INC.'S MOTION TO EXCLUDE THE TESTIMONY OF DR. FRANK M. GOLLOP UNDER FED. R. EVID. 702;**

**EXHIBIT 88 TO THE SUPPLEMENTAL DECLARATION OF IGOR SHOIKET IN SUPPORT OF DEFENDANT'S REPLY BRIEF IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND FOR JUDGMENT ON THE PLEADINGS;**

1 **DEFENDANT MEMC ELECTRONIC MATERIALS, INC.'S**
2 **MOTION TO EXCLUDE THE TESTIMONY OF CARL G. DEGEN UNDER FED. R. EVID. 702;**

3 **EXHIBITS 51-53 TO THE DECLARATION OF IGOR SHOIKET IN**
4 **SUPPORT OF DEFENDANT MEMC ELECTRONIC MATERIALS,**
   **INC.'S REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE THE**
5 **TESTIMONY OF CARL G. DEGEN UNDER FED. R. EVID. 702**

6 IT IS SO ORDERED.

8 Dated: 2/6/08          SAUNDRA BROWN ARMSTRONG
9                        United States District Judge